UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE COLLINS,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No.  14-cv-03467-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Collins has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, Collins may move to reopen the action.  Any such motion **must** contain (1) a complete IFP application, or (2) full payment for the $400.00 filing fee. The Clerk shall enter judgment in favor of defendants, and close the file.

    **IT IS SO ORDERED.**

**Dated:**  September 12, 2014



WILLIAM H. ORRICK
United States District Judge